UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY JO BABCHOOK,

        Plaintiff,                Case no. 14-12882
                                          Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

     On May 7, 2015 Magistrate Judge Patricia T. Morris issued a report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

     IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.


                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date: June 12, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 12, 2015 using the ECF system.

s/William Barkholz
Case Manager